IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOD CARRIERS LOCAL UNION 166, et al., | No. C 09-4033 MMC |
| Plaintiffs, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| GENTRY MASONRY CORPORATION, et al., | |
| Defendants. | |

Before the Court is plaintiffs' Case Management Statement, filed December 4, 2009, wherein plaintiffs seek a 90-day continuance of the December 11, 2009 Case Management Conference, for purposes of pursuing settlement discussions with the remaining defendants and to file, if necessary, a motion for entry of default judgment.

Good Cause Appearing, the request is hereby GRANTED and the Case Management Conference currently scheduled for December 11, 2009 is hereby CONTINUED to March 12, 2010. A Case Management Statement shall be filed no later than March 5, 2010.

**IT IS SO ORDERED.**

Dated: December 8, 2009

_____
MAXINE M. CHESNEY
United States District Judge